# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 10, 2025

## NO. 03-23-00735-CV

**Design Tech Homes of Texas, LLC, Appellant**

**v.**

**John Siemens and Vashti Siemens (As Co-Trustees of The John Siemens and Vashti Siemens Living Revocable Trust), Appellees**

### APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the interlocutory order signed by the trial court on October 6, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.